IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MILLER KEITH, IV, | § | |
| TDCJ-CID NO.624738, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-52 |
| | § | |
| ESTELLE UNIT HIGH SECURITY | § | |
| ADMINISTRATION, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice, as frivolous under 28 U.S.C. § 1915A(b).

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas, on 22nd day of December, 2006.

*[signature]*
MELINDA HARMON
UNITED STATES DISTRICT JUDGE